IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DALE MILLER,

    Plaintiff,

  v.

SCHERING CORPORATION, *et al.*,

    Defendants.

No. C 04-04052 WHA

**ORDER DISMISSING CASE**

On March 2, 2005, the Court received a letter from pro se plaintiff Dale Miller in which she stated "[u]nfortunately, I must drop my case against Schering Corporation." Because an answer had been filed and all the parties herein had not stipulated to a dismissal, the Court was unable to accept the letter as a voluntary dismissal under Rule 41(a)(1) of the Federal Rules of Civil Procedure. Nonetheless, the Court requested a response from the defense.

On March 7, 2005, counsel for defendant Schering Corporation filed a letter acknowledging receipt of plaintiff's correspondence and stipulating to the dismissal of this action under Rule 41(a), with each side bearing its own costs and attorney's fees. Given the parties' stipulation, this case is hereby **DISMISSED**. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: March 8, 2005.

        /S/ WILLIAM ALSUP
        WILLIAM ALSUP
        UNITED STATES DISTRICT JUDGE